**Order entered October 4, 2019**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01175-CV

**LAUREN SELIG AND SHAKE AND BAKE PRODUCTIONS, Appellants**

**V.**

**ANUBIS PICTURES, LLC AND CMA FILMS, LLC, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17579**

## ORDER

This appeal, filed as a cross-appeal to an appeal brought by appellees and docketed appellate cause number 05-19-00817-CV, was inadvertently assigned this cause number. By unopposed motion filed September 26, 2019, appellants seek to consolidate the two appeals. We **GRANT** the motion and **CONSOLIDATE** this appeal into the appeal of cause number 05-19-00817-CV. We **DIRECT** the Clerk of the Court to transfer all documents from this appeal into appellate cause number 05-19-00817-CV. For administrative purposes, this appeal is treated as a closed case. The parties shall now use only cause number 05-19-00817-CV when referencing the appeal.

We **DIRECT** the Clerk of the Court to send a copy of this order to Dallas County District Clerk Felicia Pitre; Sheretta L. Martin, Official Court Reporter for the 162nd Judicial District Court; and, the parties.

The existing deadlines in cause number 05-19-00817-CV remain in effect.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE